USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORNRAT KEAWSRI, et al.,

Plaintiffs,

-v-

RAMEN-YA INC., et al.,

Defendants.

23-cv-8417 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 6, 2026, the Court ordered the parties to show cause by October 16, 2026, why the motion to withdraw the bankruptcy reference should not be denied as moot and the case closed. Dkt. No. 4. No party has filed a timely response. Accordingly, the motion to withdraw the bankruptcy reference at Dkt. No. 1 is DENIED AS MOOT, and the appeal is hereby DISMISSED.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 19, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge